BLODGETT *et al. v.* BOARD OF EDUCATION etc.

SIMMONS, C. J.    The questions made in this case are controlled by the decision this day rendered in the case of *Board of Education of Richmond County* v. *Cumming et al.,* 103 *Ga.* 641.

*Judgment affirmed. All the Justices concurring.*

Argued January 24, 25, — Decided March 23, 1898.

Petition for mandamus.    Before Judge Callaway.    Richmond county.    December 22, 1897.

*Salem Dutcher,* for plaintiffs.
*F. H. Miller, W. K. Miller* and *Ganahl & Ganahl,* for defendant.